1
2
3  O
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )
                                     )
11              Plaintiff,            )   SA CR 07-230M
                                     )
12       v.                          )   ORDER OF DETENTION AFTER HEARING
                                     )        (18 U.S.C. § 3142(i))
13  LAUREN F. PITCHELL,              )
                                     )
14              Defendant.            )
                                     )
15

16                                   I.

17    A.  ( X )   On motion of the Government involving an alleged

18       1. ( ) crime of violence;

19       2. ( ) offense with maximum sentence of life imprisonment or death;

20       3. ( X )   narcotics or controlled substance offense with maximum sentence of ten or more

21              years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

22       4. ( ) felony - defendant convicted of two or more prior offenses described above.

23       5. ( ) offense under 18 U.S.C. § 924(c), § 956(a), or 2332b.

24       6. ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or

25       possession or use of a firearm or destructive device or other dangerous weapon, or failure to

26       register under 18 U.S.C. § 2250.

27
28

1    B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

2    1. ( ) serious risk defendant will flee;

3    2. ( )  serious risk defendant will

4        a. ( )   obstruct or attempt to obstruct justice;

5        b. ( )   threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

6                                             II.

7    The Court finds no condition or combination of conditions will reasonable assure:

8    A. (X)      appearance of defendant as required; and/or

9    B.  (X)     safety of any person or the community;

10                                            III.

11   The Court has considered:

12   A. (X)      the nature and circumstances of the offense;

13   B. (X)      the weight of evidence against the defendant;

14   C. (X)      the history and characteristics of the defendant;

15   D. ( ) the nature and seriousness of the danger to any person or to the community.

16                                            IV.

17   The Court concludes:

18   A. ( ) Defendant poses a risk to the safety of other persons or the community because:

19

20   B. ( ) History and characteristics indicate a serious risk that defendant will flee because:

21

22   C. ( ) A serious risk exists that defendant will:

23       1. ( )   obstruct  or  attempt to obstruct  justice;

24       2. ( )   threaten, injure or intimidate a witness/ juror; because:

25   D. (X)    Defendant has not rebutted by sufficient evidence to the contrary the presumption

26           provided in 18 U.S.C. § 3142 (e).  She has not provided any evidence of ties to the

27           community or bail resources.

28

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                              - 2 -                              Page 2 of 3

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

Dated: August 9, 2007

Marc L. Goldman
U.S. Magistrate Judge